# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 915 Lafayette Boulevard, Bridgeport, CT before the **Honorable SARAH F. RUSSELL, United States District Judge, on February 6, 2025, at 11:00 am.**

AUSA JONATHAN N. FRANCIS

**Waiver of Indictment/Plea Hearing**

UNITED STATES					Case No. 3:25CR  14   (SFR)

v.

JANE DOE
(Murdoch Walker II, Esq.)

COUNT ONE
18 U.S.C. § 1347
Health Care Fraud

PENALTIES
Imprisonment: 10 years maximum
Fine: $250,000
Supervised Release: 3 years maximum
Special Assessment: $100

COUNT TWO
18 U.S.C. § 1951
Conspiracy to Commit Extortion Under Color of Official Right

PENALTIES
Imprisonment: 20 years maximum
Fine: $250,000
Supervised Release: 3 years maximum
Special Assessment: $100

To: Honorable Sarah F. Russell

cc:	U. S. Attorney's Office – Bridgeport
	U. S. Marshal's Office – Bridgeport - *via email*
	U. S. Clerk's Office – Susan Imbriani, Courtroom Deputy - *via email*
	U. S. Probation Office – Bridgeport - *via email*
	Murdoch Walker II, Esq. (Counsel for Defendant) - *via email*