IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:25-CR-00014-SFR-1 |
| | ) | |
| HELEN ZERVAS | ) | |

**JOINT MOTION TO POSTPONE ISSUANCE OF A SENTENCING ORDER**

Dr. HELEN ZERVAS and the UNITED STATES OF AMERICA, pursuant to Fed. R. Crim. P. 32 and D. Conn. L.R. 32(e), respectfully move this Court to schedule the sentencing hearing in this case to a date not sooner than the jury trial in *United States of America v. Konstantinos Diamantis, et al.*, No. 3:25-CR-29 (D. Conn., Feb. 25, 2025).

I. **Relevant Procedural History**

On February 11, 2025, Dr. Zervas pleaded guilty pursuant to a plea agreement (ECF No. 21), and this Court set a deadline of March 11, 2025, for the parties to file a proposed sentencing order (Mins., ECF No. 19).

II. **Factual Assertions**

The parties will continue to prepare for the sentencing hearing in this healthcare fraud case diligently; however, it is inextricably related to *Diamantis*.

This is the first request to postpone the issuance of a sentencing scheduling order.

### III. Memorandum of Law and Argument

Local Rule 32(e) states that "the Court shall issue a scheduling order that sets the following deadlines for the sentencing process, with all dates calculated from the date of guilty plea or guilty verdict:

| | |
|---|---|
| Initial disclosure of the presentence report: | Day 42 |
| Objections to the presentence report: | Day 56 |
| Disclosure of revised presence report: | Day 66 |
| Defendant's sentencing memorandum: | Day 70 |
| Government's sentencing memorandum: | Day 77 |
| Any reply sentencing memorandum (optional): | Day 80 |
| Sentencing: | Day 84 |

D. Conn. L.R. 32(e). The rule further states that this "Court may postpone issuance of a sentencing scheduling order under this Rule for good cause." *Id*. Here, the parties jointly request that this Court delay the issuance of a sentencing order until the related case, *United States v. Diamantis, et al.*, is resolved either via jury verdict or plea hearing. "In cases in which the parties have agreed that an extended schedule is necessary, and the Court has agreed to postpone issuance of a sentencing scheduling order accordingly, the deadlines set forth above shall be calculated from the date the Court orders the preparation of the presentence report." *Id*. Given that the cases are so closely related, their potential sentencing issues will be inherently intertwined. The parties propose issuing a scheduling order once the parties in *United States v. Diamantis, et al.* resolve their matters either via jury trial or plea hearing to prevent potential inconsistencies with the

sentences issued and to prevent sentencing disparities as contemplated in 18 U.S.C. § 3553(a)(6).

## IV.     Certificate of Conference

The parties have conferred, and the Government joins this motion. Probation does not oppose this motion.

## V.     Conclusion

Dr. Zervas and the Government, based on the foregoing assertions and argument, pray that this Court withholds issuance of a sentencing scheduling order until such a time as the Court in *United States v. Diamantis, et al.* is in a position to issue a concurrent sentencing order.

Date:  March 11, 2025

Respectfully submitted,

*s/Murdoch Walker II*
Murdoch Walker II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, Georgia 30303
404.496.4052
www.lowtherwalker.com

Attorney for Defendant
Helen Zervas

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 3:25-CR-00014-SFR-1 |
| ) | |
| HELEN ZERVAS ) | |

**CERTIFICATE OF SERVICE**

I certify that on March 11, 2025, I electronically filed the foregoing JOINT MOTION TO POSTPONE ISSUANCE OF A SENTENCING ORDER with the Clerk of the United States District Court for the District of Connecticut, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: March 11, 2025

Respectfully submitted,

*s/Murdoch Walker II*
Murdoch Walker II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, Georgia 30303
404.496.4052
www.lowtherwalker.com