IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEWPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:25-CR-00014-SFR-1 |
| | ) | |
| HELEN ZERVAS | ) | |

**MOTION TO TRAVEL**

Dr. HELEN ZERVAS, pursuant to 18 U.S. Code §§ 3142–3, respectfully moves this Court to allow her to travel to North Conway, New Hampshire, from May 3, 2025, to May 4, 2025.

**I.    Relevant Procedural History**

On February 11, 2025, Dr. Zervas pleaded guilty to one count of health care fraud in violation of 18 U.S.C. § 1347 (Count One) and one count of conspiracy to commit extortion in violation of 18 U.S.C. § 1951. (Plea Agmnt., ECF No. 21.) That same day, this Court ordered Dr. Zervas released on her own recognizance pending sentencing. (Order, ECF No 22.) Among the conditions of release is the requirement that Dr. Zervas restrict travel to Massachusetts. (*Id.* at 2.)

1

## II. Factual Assertions

Dr. Zervas' daughter is running in the White Mountains Marathon in Conway, New Hampshire on May 4, 2025.[1] Dr. Zervas plans to drive to North Conway with her daughter the night before the race and to stay overnight in the Comfort Inn & Suites located at 2001 White Mountain Hwy, North Conway, NH 03860. They will attend the race the next morning and will drive back home to Massachusetts afterwards. Dr. Zervas will, of course, inform Probation of her exact travel times and location.

## III. Argument and Citation of Law

By releasing Dr. Zervas pending sentencing, this Court has found by clear and convincing evidence that she is not a risk of flight or a danger to the community. *See* 18 U.S.C. § 3143. Also, this Court may change release conditions at any time. *See* 18 U.S.C. §§ 3142-3.

Dr. Zervas respectfully submits that, due to the proximity of New Hampshire to Massachusetts and the familial purpose of her travel, that there is good cause to briefly adjust Dr. Zervas' release conditions for forty-eight hours only.

## IV. Certificate of Conference

The Government takes no position on this request.

---

[1] *See* Marathon Website at https://www.runrevel.com/rwm

Probation <u>does not</u> oppose this request.

## V. Conclusion

Dr. Zervas, based on the foregoing assertions and argument, prays that this Court allow her to travel from May 3, 2025, to May 4, 2025.

Date:	April 25, 2025

                                    Respectfully submitted,

*s/ Serguel Mawuko Akiti*
Serguel M. Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

*s/ Murdoch Walker, II.*
Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorneys for Defendant
Helen Zervas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEWPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:25-CR-00014-SFR-1 |
| | ) | |
| HELEN ZERVAS | ) | |

## CERTIFICATE OF SERVICE

I certify that on April 25, 2025, I electronically filed the foregoing MOTION TO TRAVEL with the Clerk of the United States District Court for the District of Connecticut by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:     April 25, 2025

*s/Serguel Mawuko Akiti*
Serguel M. Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

4