IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEWPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | 3:25-CR-00014-SFR-1 |
| ) | |
| HELEN ZERVAS ) | |

**MOTION TO TRAVEL AND FOR TEMPORARY RETURN OF PASSPORT**

Dr. HELEN ZERVAS, pursuant to 18 U.S. Code §§ 3142–3, respectfully moves this Court to allow her to travel to Parma, Italy, from November 6, 2025, to November 10, 2025, to visit her daughter. Relatedly, Dr. Zervas requests that this Court order Probation and Pretrial Services to temporarily return Ms. Zervas' passport from November 5, 2025, to November 11, 2025.

**I.      Relevant Procedural History**

On February 11, 2025, Dr. Zervas pleaded guilty to one count of health care fraud in violation of 18 U.S.C. § 1347 (Count One) and one count of conspiracy to commit extortion in violation of 18 U.S.C. § 1951 (Count Two). (Plea Agreement, ECF No. 21.) That same day, this Court ordered Dr. Zervas released on conditions of bond. (Order Setting Conditions of Release, ECF No 22.) These conditions include, *inter alia*, that Dr. Zervas "surrender any passport to Probation and Pretrial Services Office" (*Id*. ¶ 7(d)) and that her travel be restricted to

"Massachusetts and Connecticut" and that "no other travel out of state [is] permitted] without prior approval of court" (*Id.* ¶ 7(f)).

II.  **Factual Assertions**

Dr. Zervas wishes to visit her daughter, who currently resides in Parma, Italy, from November 6, 2025, to November 10, 2025. Due to anticipated travel, Dr. Zervas requests permission to collect her passport from Probation and Pretrial Services on November 5, 2025, and return the passport on November 12, 2025 (as November 11, 2025, is Veterans Day and a federal holiday).

III. **Argument and Citation of Law**

This Court, by releasing Dr. Zervas pending sentencing, has found, by clear and convincing evidence, that she is not a flight risk or a danger to the community. 18 U.S.C. § 3143. This Court may change release conditions at any time. 18 U.S.C. §§ 3142–3.

Dr. Zervas submits that visiting her child is a valid reason for granting this request. She will continue to abide by all release conditions while traveling, as she has for the seven months since her presentence release began. Finally, Dr. Zervas will provide her entire travel itinerary to the probation officer as soon as practicable.

IV. **Certificate of Conference**

The Government takes <u>no position</u> on this request.

Probation <u>does not</u> oppose this request.

**V.     Conclusion**

Dr. Zervas, based on the foregoing assertions and argument, prays that this Court grant her request.

Date:     October 10, 2025

Respectfully submitted,

*s/ Murdoch Walker, II*
Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

*s/ Serguel Mawuko Akiti*
Serguel Mawuko Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Attorneys for Defendant
Helen Zervas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEWPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:25-CR-00014-SFR-1 |
| | ) | |
| HELEN ZERVAS | ) | |

## CERTIFICATE OF SERVICE

I certify that on October 10, 2025, I electronically filed the foregoing MOTION TO TRAVEL AND TEMPORARY RETURN OF PASSPORT with the Clerk of the United States District Court for the District of Connecticut by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:   October 10, 2025

*s/ Murdoch Walker, II*
Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

4