IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEWPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:25-CR-00014-SFR-1 |
| | ) | |
| HELEN ZERVAS | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Dr. HELEN ZERVAS, pursuant to 18 U.S.C. §§ 3142–3, respectfully moves this Court to allow her to travel to New York City, New York, on December 20, 2025.

**I.   Relevant Procedural History**

On February 11, 2025, Dr. Zervas pleaded guilty to one count of health care fraud in violation of 18 U.S.C. § 1347 (Count One) and one count of conspiracy to commit extortion in violation of 18 U.S.C. § 1951 (Count Two). (Plea Agreement, ECF No. 21.) That same day, this Court ordered Dr. Zervas released on conditions of bond. (Order Setting Conditions of Release, ECF No. 22.) These conditions include, *inter alia*, that Dr. Zervas' travel be restricted to "Massachusetts and Connecticut" and that "no other travel out of state [is permitted] without prior approval of court" (*Id.* ¶ 7(f)). On October 17, 2025, this Court approved Dr.

1

Zervas to travel to Italy from November 5, 2025, to November 11, 2025. (Order, ECF No. 33.)

## II. Factual Assertions

Dr. Zervas wishes to see a Broadway show with her family in New York City, New York, on December 20, 2025. Ryan Skal, Dr. Zervas' probation officer, does not oppose this travel.

## III. Argument and Citation of Law

This Court, by releasing Dr. Zervas pending sentencing, has found, by clear and convincing evidence, that she is not a flight risk or a danger to the community. 18 U.S.C. § 3143. This Court may change release conditions at any time. 18 U.S.C. §§ 3142–3.

This Court granted Dr. Zervas permission to travel to Italy to visit her daughter this November. Dr. Zervas provided her entire travel itinerary to her probation officer before this trip, and promptly reported to him upon her return. Through this, Dr. Zervas has proven that she is not a flight risk.

Dr. Zervas submits that seeing this show with her family is a valid reason for granting this request. She will continue to abide by all release conditions while traveling, as she has for the eight months since her presentence release began. She will also provide her probation officer with a detailed travel itinerary for the day she expects to travel.

**IV.    Certificate of Conference**

The Government takes <u>no position</u> on this request.

Probation <u>does not</u> oppose this request.

**V.    Conclusion**

Dr. Zervas, based on the foregoing assertions and argument, prays that this Court grant her request.

Date:            December 8, 2025

                              Respectfully submitted,

                              ***s/ Murdoch Walker, II***
                              Murdoch Walker, II, Esq.
                              Ga. Bar # 163417
                              mwalker@lowtherwalker.com

                              ***s/ Serguel Mawuko Akiti***
                              Serguel Mawuko Akiti, Esq.
                              D.C. Bar # 1631134
                              sakiti@lowtherwalker.com

                              Lowther | Walker LLC
                              101 Marietta St. NW, Ste. 3650
                              Atlanta, GA 30303
                              O 404.496.4052 | F 866.819.7859
                              www.lowtherwalker.com

                              Attorneys for Defendant
                              Helen Zervas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEWPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:25-CR-00014-SFR-1 |
| | ) | |
| HELEN ZERVAS | ) | |

**CERTIFICATE OF SERVICE**

I certify that on December 8, 2025, I electronically filed the foregoing MOTION TO MODIFY CONDITIONS OF RELEASE with the Clerk of the United States District Court for the District of Connecticut by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:            December 8, 2025

***s/Serguel M. Akiti***
Serguel M. Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com
