# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### NEWPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   3:25-CR-00014-SFR-1 |
| | ) |
| HELEN ZERVAS | ) |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Dr. HELEN ZERVAS, pursuant to 18 U.S.C. §§ 3142–3, respectfully moves this Court to allow her to travel to and from Washington, D.C., from August 11, 2026, to August 14, 2026.

### I.    Relevant Procedural History

On February 11, 2025, Dr. Zervas pleaded guilty to one count of health care fraud in violation of 18 U.S.C. § 1347 (Count One) and one count of conspiracy to commit extortion in violation of 18 U.S.C. § 1951 (Count Two). (Plea Agreement, ECF No. 21.) That same day, this Court ordered Dr. Zervas released on conditions of bond. (Order Setting Conditions of Release, ECF No. 22.) These conditions include, *inter alia*, that Dr. Zervas' travel be restricted to "Massachusetts and Connecticut" and that "no other travel out of state [is permitted] without prior approval of court" (*Id.* ¶ 7(f)).

1

On October 17, 2025, this Court approved Dr. Zervas to travel to Italy from November 5, 2025, to November 11, 2025. (Order, ECF No. 33.) On December 9, 2025, this Court approved Dr. Zervas to travel to New York City on December 20, 2025. (Order, ECF No. 35.)

## II.     Factual Assertions

Dr. Zervas' daughter plans to attend George Washington Law School this fall. Dr. Zervas wishes to help her daughter move into her home in Washington, D.C., and see her daughter off to school from August 11, 2026, to August 14, 2026.

## III.     Argument and Citation of Law

This Court, by releasing Dr. Zervas pending sentencing, has found, by clear and convincing evidence, that she is not a flight risk or a danger to the community. 18 U.S.C. § 3143. This Court may change release conditions at any time. 18 U.S.C. §§ 3142–3.

This Court granted permission for Dr. Zervas to travel to Italy to visit her daughter this past November and to attend a Broadway show in New York City in December. Dr. Zervas provided her entire travel itinerary to her probation officer before these trips, and promptly reported to him upon her return. Through this, Dr. Zervas has proven that she is not a flight risk.

Dr. Zervas submits that seeing her daughter off to law school is a valid reason for granting this request. She will continue to abide by all release

conditions while traveling, as she has for the year and a half since her supervised release began. She will also provide her probation officer with a detailed travel itinerary for the days she expects to travel.

## IV.    Certificate of Conference

The Government <u>defers to U.S. Probation</u> on this request.

U.S. Probation <u>defers to this Court</u> on this request.

## V.    Conclusion

Dr. Zervas, based on the foregoing assertions and argument, prays that this Court grant her request.

Date:        July 22, 2026

Respectfully submitted,

***s/ Murdoch Walker, II***
Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

***s/ Serguel Mawuko Akiti***
Serguel Mawuko Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Attorneys for Defendant
Helen Zervas

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEWPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   3:25-CR-00014-SFR-1 |
| | ) |
| HELEN ZERVAS | ) |

**CERTIFICATE OF SERVICE**

I certify that on July 22, 2026, I electronically filed the foregoing MOTION

TO MODIFY CONDITIONS OF RELEASE with the Clerk of the United States

District Court for the District of Connecticut by way of the CM/ECF system,

which automatically will serve this document on the attorneys of record for the

parties in this case by electronic mail.

Date:         July 22, 2026

> *s/ Murdoch Walker, II*
> Murdoch Walker, II, Esq.
> Ga. Bar # 163417
> mwalker@lowtherwalker.com
>
> Lowther | Walker LLC
> 101 Marietta St. NW, Ste. 3650
> Atlanta, GA 30303
> O 404.496.4052 | F 866.819.7859
> www.lowtherwalker.com